*Wednesday, April 22, 1998*

## MISCELLANEOUS DOCKET

**98–173. Gupta v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 97–A–1152. This cause is pending before the court as an appeal from the Board of Tax Appeals. It appears from the records of this court that appellants have not filed a merit brief, due April 7, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Friday, May 1, 1998*

## MOTION DOCKET

**96–2311. State v. Keenan.**
Cuyahoga App. No. 67452. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,
IT IS ORDERED that said motion be, and the same is hereby, granted.
IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.
IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

**97–1626. Chamberlain v. AK Steel Corp.**
Butler App. No. CA97–04–074. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of appellant's motion to vacate oral argument and motion to remand,
IT IS ORDERED by the court that the motions be, and hereby are, denied.
LUNDBERG STRATTON, J., dissents.

## MISCELLANEOUS DISMISSALS

**97–2225. Stefanov v. Grange Mut. Cas. Co.**
Cuyahoga App. No. 71209. This cause is pending before the court on the certification of conflict by the Court of Appeals for Cuyahoga County. Upon consideration of the joint application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–360. Weiss v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–876–EL–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.